## FERNÁNDEZ *v.* LA CORTE DE DISTRITO.

SOLICITUD para que se expida un mandamiento de *certiorari.*

No. 1.—Resuelto en abril 29, 1904.

CERTIORARI.—El auto de *certiorari* sólo procede para corregir errores de procedimiento, mas no errores de derecho substantivo.
ID.—FORMALIDADES DE LA SOLICITUD.—La solicitud en que se interese la expedición de un auto de *certiorari,* deberá hacerse bajo juramento, en la misma manera y forma que las peticiones de *hábeas corpus.*

### EXPOSICIÓN DEL CASO.

En la solicitud presentada en este caso, el demandante expone los hechos que le sirven de fundamento, en la forma siguiente:(*)

"Que me veo en la necesidad de solicitar un auto de *certiorari* que ponga término a las actuaciones ilegales que se siguen, por el procedimiento sumarísimo de la Ley Hipotecaria, en el Tribunal del Distrito de Mayagüez, en perjuicio de mis representados.

"Los hechos sobre que versa el referido procedimiento y las razones en que fundo mi petición son, sucintamente expuestos, como siguen:

"Mr. Herbert E. Smith promovió el día 15 de enero de los corrientes contra Don José Antonio Fernández, en su carácter de representante legal de sus menores hijos, una ejecución sumarísima para el cobro de un crédito hipotecario ya prescrito, según consta de los mismos documentos presentados, en los que se pretende basar la ejecución.

"El tribunal proveyó a tal solicitud de conformidad y sigue la cjecución, a pesar de las manifestaciones y alegaciones hechas por mi cliente al ser requerido de pago.

"Tal procedimiento es ilegal por hallarse en contradicción con las disposiciones tanto de la vigente como de la antigua Ley Hipotecaria, así como con la legislación común, civil, vigente y anterior."

Abogado del demandante: *Sr. Alvarez Nava.*

### OPINIÓN DEL TRIBUNAL.

*Se deniega* el auto de *certiorari* porque lo que se pide no está autorizado por la Ley de *Certiorari,* según la cual se admite la solicitud cuando el procedimiento no está en conformidad con la ley, mas no cuando se trata de un error de derecho, el que, según las alegaciones del solicitante, el Tribunal de Distrito de Mayagüez está cometiendo, por más que el abogado lo califica como error de procedimiento, habiendo además otro motivo para denegar la moción, cual es el de no haber sido hecha bajo juramento, en la misma manera y forma que las peticiones de *habeas corpus.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras, Sulzbacher y MacLeary.(*)